UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ARGONAUT GREAT CENTRAL )<br>INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>AUDRAIN COUNTY )<br>JOINT COMMUNICATIONS, )<br>)<br>    Defendant. ) | Case No. 2:11CV00034 AGF |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of non-party Q Security Solutions, LLC, ("Q Security") for a protective order in connection with its production to Defendant of the Settlement Agreement entered into in 2010 between Q Security and Plaintiff Argonaut Great Central Insurance Co.'s insured, Hickman Foods, Inc.  The Court has reviewed Q Security's proposed Protective Order and finds it to be fair and appropriate. The Court rejects Defendant's request that provisions be inserted in the Protective Order giving Defendant, a public entity, the right to produce the Settlement Agreement pursuant to a request for it under Missouri's Sunshine Law, Mo. Rev. Stat., § 610.010, et seq., without further order from this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of Q Security Solutions, LLC, for a Protective Order is **GRANTED**. (Doc. No. 75.)

**IT IS FURTHER ORDERED** that a Protective Order, substantially the same as the one proposed by Q Solutions, LLC, shall be filed in this case by separate Order of the Court.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2013.