IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Cause No.: 2:11-CV-34 |
| AUDRAIN COUNTY JOINT COMMUNICATIONS, | ) ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

## JOINT NOTICE REGARDING UPCOMING JURY TRIAL

COME NOW, Plaintiff Argonaut Great Central Insurance Company and Defendant Audrain County Joint Communications (collectively "Parties"), and for their Joint Notice Regarding Upcoming Jury Trial, state as follows:

1. The parties conferred on September 12, 2013 as requested by the Court.

2. The parties agree that there are no remaining issues for determination prior to trial.

3. Plaintiff believes its case will take 2 days and the entire trial should not take more than 3 days. Defendant believes its case will take an additional 2-3 days.

4. The parties could not reach an agreement on the location of trial so Plaintiff understands it will take place in Hannibal by default.

       Respectfully submitted,


       /s/ Richard D. Gerber
       Richard D. Gerber  #34384MO
       Matt R. Leffler  #62210MO
       Evans & Dixon, LLC
       211 N. Broadway, Suite 2500
       St. Louis, Missouri 63102
       (314) 552-4101
       rgerber@evans-dixon.com
       mleffler@evans-dixon.com
       ATTORNEYS FOR PLAINTIFF


## **CERTIFICATE OF SERVICE**

     The undersigned certifies that a copy of the foregoing was served via electronic filing, this 19th day of September, 2013 to: Kent L. Brown, Kent L. Brown, P.C., Attorney for Defendant, 621 E. McCarty Street, Suite A, Jefferson City, MO  65101.


       /s/ Richard D. Gerber_____

2764109