# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No.  2:11CV00034 AGF ) |
| AUDRAIN COUNTY JOINT COMMUNICATIONS, | ) ) ) |
| Defendant. | ) ) |

## ORDER VACATING TRIAL SETTING

In light of Defendant's filing of an interlocutory appeal,

**IT IS HEREBY ORDERED** that the December 9, 2013 trial setting for this case is **VACATED**, to be reset after the Eighth Circuit Court of Appeals issues a decision on Defendant's interlocutory appeal.  The pretrial conference set for December 5, 2013, is also **VACATED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of November, 2013.

1